United States District Court
Southern District of Texas
**ENTERED**
October 16, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:19–mj–01933 |
| § | |
| Wade Whitney Hall § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Wade Whitney Hall, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: George Michael Deguerin. Jr**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on October 16, 2019.

Frances H. Stacy
United States Magistrate Judge